# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Eric Dion Davis | )<br>)<br>) Case No: 06-cr-211(2)<br>) USM No: 12947-041 |
| Date of Original Judgment: 12/09/2008<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Katherine Menendez<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___151___ months **is reduced to** ___121 months___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Total Offense Level: | 30 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 151-188 | Amended Guideline Range: | 121-151 |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentenced is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS

Except as otherwise provided, all provisions of the judgment dated ___12/09/2008___ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 1-3-12

Judge's signature

Effective Date: _____ Chief Judge Michael J. Davis, U.S. District Court
*(if different from order date)*      *Printed name and title*